# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES DANIEL JAMISON,**

      **Plaintiff,**

**v.**                                         **Case No: 6:21-cv-530-GKS-PDB**

**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

---

## ORDER

THIS CAUSE is brought pursuant to 42 U.S.C. § 405(g), by Plaintiff, James Daniel Jamison, to review a final decision of Defendant, the Acting Commissioner of Social Security (Acting Commissioner), denying his application for supplemental security income (Doc. 1, Complaint).  It comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment with Remand, (Doc. 25) (Motion). Defendant explains that

> [t]he Commissioner believes that remand would be appropriate for further administrative proceedings. Specifically, the agency will further consider the borderline age situation and explain its consideration of the issue; take any further action needed to complete the administrative record; and issue a new decision.

Plaintiff has not filed any opposition to the Motion.  The Court referred the Motion

to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On January 24, 2022, the United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that Defendant's Motion be granted, and the Acting Commissioner's decision be reversed and remanded.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 26) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 25) is **GRANTED**.

3. The Acting Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. §§ 405(g) and incorporated by 1383(c)(3).

4. This case is **REMANDED** to the Acting Commissioner to "further consider the borderline age situation and explain its consideration of the issue; take any further action needed to complete the administrative record; and issue a new decision."

5. The Clerk of Court is **DIRECTED** to **ENTER JUDGMENT**

2

in favor of Plaintiff, James Daniel Jamison, and against Defendant, the Acting Commissioner of Social Security, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of February, 2022.

G. KENDALL SHARP
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record
Unrepresented Parties

3